UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14080-CIV-LYNCH

JOHN MCSPARREN AND SEAN MCSPARREN,

    Plaintiffs,

v.

BLACK STREET ENTERPRISES, LCC
AND LIONEL J. DUNBAR,

    Defendants.
_____/

## ORDER REQUIRING THE PARTIES TO FILE A JOINT MOTION TO APPROVE SETTLEMENT

**THIS CAUSE** comes before this Court upon the parties' Stipulation and Notice of Dismissal with Prejudice (DE 24). By way of a contemporaneous Order this Court is removing this case from the trial calendar and is closing the case pursuant to the terms of their Stipulation and Notice. However, because this case stems from an alleged violation of the FLSA, one more step remains: judicial review of the parties' settlement agreement for fairness and reasonableness. See Lynn's Food stores, Inc. v. U.S., 679 F.2d 1350, 1353 (11th Cir. 1982). See also, Nall v. Mal-Motels, Inc., 2013 WL 3871011 (11th Cir. 2013). It is therefore,

**ORDERED AND ADJUDGED** that the parties shall file a Joint Motion to Approve Settlement pursuant to the above-cited case

law. The parties shall file their Joint Motion by **Friday, February 13, 2015.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of February, 2015.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Arnold S. Gaines, Esq.
    Brian J. Militzok, Esq.