UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14080-CIV-LYNCH

JOHN MCSPARREN AND SEAN MCSPARREN,

    Plaintiffs,

v.

BLACK STREET ENTERPRISES, LCC
AND LIONEL J. DUNBAR,

    Defendants.
_____/

FILED by ____ D.C.

FEB 1 8 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## SECOND ORDER REQUIRING THE PARTIES TO FILE A JOINT MOTION TO APPROVE SETTLEMENT

**THIS CAUSE** comes before this Court upon the parties' Stipulation and Notice of Dismissal with Prejudice (DE 24). In light of that notice, this Court proceeded to close the case and remove it from the trial calendar for administrative purposes and for the sake of convenience. Because this case stems from an alleged violation of the FLSA, the parties still must submit their settlement agreement so that this Court can review it for fairness and reasonableness. See Lynn's Food stores, Inc. v. U.S., 679 F.2d 1350, 1353 (11th Cir. 1982). See also, Nall v. Mal-Motels, Inc., 2013 WL 3871011 (11th Cir. 2013). For this reason this Court required the parties to file a Joint Motion to Approve Settlement (DE 25). In that Order this Court gave them until February 13, 2015 to do so. The parties did not comply with that Order. It is therefore,

**ORDERED AND ADJUDGED** that the parties shall file a Joint Motion to Approve Settlement pursuant to the above-cited case law. The parties shall file their Joint Motion by **Friday, February 27, 2015**. It is further,

**ORDERED AND ADJUDGED** that should the parties not comply with this Order and not file a Joint Motion to Approve Settlement by the new deadline, this Court will re-open this case and place it back on the trial calendar.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of February, 2015.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Arnold S. Gaines, Esq.
    Brian J. Militzok, Esq.