UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14080-CIV-LYNCH

JOHN MCSPARREN AND SEAN MCSPARREN,

    Plaintiffs,

v.

BLACK STREET ENTERPRISES, LCC
AND LIONEL J. DUNBAR,

    Defendants.
_____/



## ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR THE FAILURE TO FILE A JOINT MOTION TO APPROVE FLSA SETTLEMENT AGREEMENT

**THIS CAUSE** comes before this Court sua sponte. The parties complied with neither of this Court's two Orders (DE 25 & 27) requiring the parties to submit their settlement agreement for judicial review. The last deadline to do so was February 27, 2015. Consequently the parties are non-compliant with Eleventh Circuit case law requiring judicial review of FLSA settlement agreements for fairness and reasonableness. It is therefore,

**ORDERED AND ADJUDGED** that by **FRIDAY, MARCH 13, 2015** the parties each shall file a Response to this Order to Show Cause explaining why they have not complied with this Court's prior two Orders (DE 25 & 27) and why they did not file a Joint Motion to Approve Settlement as required by those Orders and Eleventh Circuit case law. It is further,

**ORDERED AND ADJUDGED** that if the parties do not respond to this Order to Show Cause by the above deadline, this Court will issue a new Order dismissing the case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3 day of March, 2015.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

cc: Arnold S. Gaines, Esq.
    Brian J. Militzok, Esq.